886

cey *H. Levy* and *Sidney Basil Levy* for Rosenbaum, Trustee in Bankruptcy, respondent. 

No. 359. DELOZIER *v.* THOMPSON, TRUSTEE, ET AL. C. A. 8th Cir. Certiorari denied. *Leon B. Catlett* for petitioner.

No. 364. FLISS ET AL. *v.* WOODS, ACTING HOUSING EXPEDITER. C. A. 7th Cir. Certiorari denied. *Vernon Tittle* for petitioners.

No. 367. JARRETT ET AL. *v.* NORFOLK REDEVELOPMENT & HOUSING AUTHORITY. C. A. 4th Cir. Certiorari denied. *Louis B. Fine* for petitioners. *Edward R. Baird* and *George M. Lanning* for respondent.

No. 368. BRATT ET AL. *v.* WESTERN AIR LINES, INC. C. A. 10th Cir. Certiorari denied. *William H. DeParcq* and *Parnell Black* for petitioners. *Arthur E. Moreton* for respondent.

No. 187. WATCHTOWER BIBLE & TRACT SOCIETY, INC. ET AL. *v.* METROPOLITAN LIFE INSURANCE Co. Supreme Court of New York, New York County. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MURPHY are of opinion the petition should be granted. *Hayden C. Covington* and *Grover C. Powell* for petitioners. *Stuart N. Updike* and *James W. Rodgers* for respondent.

No. 317. BENZIAN *v.* GODWIN ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application.